UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN MICHAEL STONE,

        Petitioner,        Case No. 1:12-cv-969

v.                                 Honorable Paul L. Maloney

STEVEN RIVARD,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated:  November 26, 2012          /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge